UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x
                                        :
FOUR STAR FINANCIAL SERVICES,           :
                                        :
               Plaintiff,               :
                                        :       01 Civ. 1276 (BSJ)
          v.                            :         **Order**
                                        :
                                        :
COMMONWEALTH MANAGEMENT, ET AL.,        :
                                        :
               Defendants.              :
----------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/23/09

BARBARA S. JONES
UNITED STATES DISTRICT JUDGE

    Because the Court has not received any objections regarding

its Order dated January 20, 2009, this action is hereby

dismissed as to all parties and the Clerk of the Court is

directed to close the case.


SO ORDERED:

                              **BARBARA S. JONES**
                              **UNITED STATES DISTRICT JUDGE**



Dated:    New York, New York
          March 23, 2009

1